**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>J&B Signs, Inc. v. Hollingsworth Media Group, Inc. | Case Number:<br><br>FILED: MAY 1, 2008<br>08cv2499 j. n.<br>JUDGE NORGLE<br>MAG. JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J&B Signs, Inc., Plaintiff

| NAME (Type or print) |
|---|
| Raechelle Delarmente |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Raechelle Delarmente |

| FIRM |
|---|
| Arnstein & Lehr LLP |

| STREET ADDRESS |
|---|
| 120 S. Riverside Plaza |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6292683 | (312) 876-7100 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐