## United States District Court for the Northern District of Illinois

Case Number: 08CV2499  Assigned/Issued By: J. N.

Judge Name: NORGLE  Designated Magistrate Judge: KEYS

### FEE INFORMATION

*Amount Due:* ☑ $350.00  ☐ $39.00  ☐ $5.00

☐ IFP  ☐ No Fee  ☐ Other _____

☐ $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350  Receipt #: 2743732

Date Payment Rec'd: 5-1-08  Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons  ☐ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
_____
(Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
(Type of Writ)

1 Original and 0 copies on 5-1-08 as to DEFENDANT
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05