AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J&B Signs, Inc.

CASE NUMBER: 08 cv 2499

V.

ASSIGNED JUDGE: Norgle

Hollingsworth Media Group, Inc.

DESIGNATED MAGISTRATE JUDGE: Keys

TO: (Name and address of Defendant)

Hollingsworth Media Group, Inc.
c/o William R. Graul, Registered Agent
5283 Lambert Road
Grove City, Ohio 43123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hal R. Morris
120 S. Riverside Plaza
Ste. 1200
Chicago, IL 60606
(312) 876-7100

Raechelle Delarmente
120 S. Riverside Plaza
Ste. 1200
Chicago, IL 60606
(312) 876-7100

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_/s/ Nadine Chirly_                                                      May 6, 2008

(By) DEPUTY CLERK                                                        Date

State of Ohio        }
                     } ss          AFFIDAVIT
County of Franklin   }

I, Michael H Bostic, Deputy Sheriff of Franklin County, State of Ohio, make oath that on 5/9/2008, at 10:34 AM I served Hollingsworth Media by Personal Service at 5283 Lambert Rd, 43123, with a true copy of the Summons, Complaint, in case number 08CV2499.

_____
Deputy Sheriff

Sworn to before me and signed in my presence this __13__ of __May 2008__.

_____
Notary Public, State of Ohio

MICHELE L. FRIEND
Notary Public, State of Ohio
My Commission Expires 08/25/2008