**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| J&B SIGNS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 cv 2499 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| HOLLINGSWORTH MEDIA GROUP, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Hollingsworth Media Group, Inc.
c/o William R. Graul, Registered Agent
5823 Lambert Road
Grove City, Ohio 43123

**PLEASE TAKE NOTICE** that on **July 18, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgel in Room 2341 at 219 S. Dearborn, Chicago, IL and then and there present the Plaintiff's Motion for Default Judgment Against Hollingsworth Media Group, Inc., a copy of which is hereby served upon you.

J & B SIGNS INCORPORATED

By:   _/s/ Raechelle Delarmente___
One of its Attorneys

Hal R. Morris (ARDC #6191047)
Raechelle Delarmente (ARDC #6292683)
Arnstein & Lehr LLP (*of counsel*)
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

## CERTIFICATE OF SERVICE

I, Raechelle Delarmente, an attorney, certify that on July 10, 2008, I served this Notice of

Motion and Motion for Default Judgment Against Hollingsworth Media Group, Inc. on:

      Hollingsworth Media Group, Inc.
      c/o William R. Graul, Registered Agent
      5823 Lambert Road
      Grove City, Ohio 43123

by depositing the same in the United States mail, first class postage prepaid, at 120 South
Riverside Plaza, Chicago.

                      /s/ Raechelle Delarmente