IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| J&B SIGNS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 cv 2499 |
| | ) | |
| v. | ) | Judge Norgle |
| | ) | |
| HOLLINGSWORTH MEDIA GROUP, INC., | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DEFAULT JUDGMENT

## AGAINST HOLLINGSWORTH MEDIA GROUP, INC.

Plaintiff, J&B Signs, Inc. ("J&B"), by its attorneys, Hal R. Morris and Raechelle Delarmente (Arnstein & Lehr, *of counsel*) pursuant to Fed. R. Civ. P. 55, moves for a Default Judgment against Defendant, Hollingsworth Media Group, Inc. ("Hollingsworth"), and states as follows:

1. On May 9, 2008, J&B personally served its Complaint upon Hollingsworth. (See Court Docket #7).

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Hollingsworth was required to answer or otherwise plead by May 29, 2008.

3. Despite Plaintiff granting an extension of time to Hollingsworth to answer on or before June 30, 2008, to date, Hollingsworth has both failed to appear and file and answer or other appropriate pleading in response to J&B's Complaint.[1]

---

[1] Hollingsworth did not request an extension through counsel but, rather, through a business consultant, Schneider, Flint, and Associates. Despite J&B being cooperative, Hollingsworth neither appeared nor answered by the original date or the agreed to extension.

- 1 -

4.    Pursuant to Fed. R. Civ. P. 55, J&B, therefore, seeks a Judgment against Hollingsworth for its failure to answer or otherwise plead to J&B's Complaint and an Order setting a prove-up to present affidavits regarding damages.

WHEREFORE, Plaintiff, J&B Signs, Inc., prays this Court grant this Motion, find Defendant, Hollingsworth Media Group, Inc., in default for failure to answer or otherwise plead, enter judgment against Hollingsworth Media Group, Inc., and for this Court to set this matter for prove-up of Plaintiff's claims against Defendant.

> Respectfully submitted,
>
> J & B SIGNS INCORPORATED
>
> By:   /s/ Raechelle Delarmente
>       One of its Attorneys

Hal R. Morris (ARDC #6191047)
Raechelle Delarmente (ARDC #6292683)
Arnstein & Lehr LLP (*of counsel*)
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100

8140608.2