# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

JB Signs, Inc.

                        Plaintiff,

v.                                               Case No.: 1:08–cv–02499
                                               Honorable Charles R. Norgle Sr.

Hollingsworth Media Group, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2008:

       MINUTE entry before the Honorable Charles R. Norgle, Sr:Motion for Default Judgment Against Hollingsworth Media Group, Inc. [9] is granted. an order of default is entered against Hollingsworth Media Group, Inc. Prove−up hearing is set for 9/12/2008 at 9:30 a.m. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.